FILED

SEP 16 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>JEREMY MCGOWAN,<br><br>Defendant. | CRIMINAL NO. MO-16-CR-173<br>**INFORMATION**<br><br>[Vio: 18 U.S.C. § 2252(a)(2) -<br>Receipt of Child Pornography] |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### [18 U.S.C. § 2252(a)(2)]

That on or about July 3, 2016, in the Western District of Texas, the Defendant,

**JEREMY MCGOWAN,**

did knowingly receive a visual depiction which had been mailed, shipped and transported in interstate and foreign commerce; the production of which involved the use of a minor engaging in sexually explicit conduct; and such visual depiction was of such sexually explicit conduct, in violation of Title 18, United States Code, § 2252(a)(2).

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
BRANDI YOUNG
Assistant U.S. Attorney